**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

Adan HERNANDEZ–AVILA, also known as Adam Hernandez–Avila, also known as Adam Hernandez, also known as Cesar Hernandez, also known as Jose Hernandez, also known as Jose Avila Hernandez, also known as Adam Fernandez, also known as Adam Avila, also known as Adam Avila Hernandez, Defendant–Appellant.

No. 05–50522.

United States Court of Appeals,
Fifth Circuit.

Decided May 30, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Paul E. Knisely, Knisely & Prehoditch, Austin, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to the district court for resentencing is granted.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to extend time to file Appellee's brief until fourteen (14) days after denial of motion to vacate and remand is denied as moot.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.